UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>        Plaintiff, )<br>  )<br>      v. )<br>  )<br> PRESTON RICHARDSON, )<br>  )<br>        Defendant. )<br>_____ ) | CASE NO. MJ 10-067<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Failure to Register and Update Sex Offender Registration

<u>Date of Detention Hearing</u>:    May 11, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant is charged with failing to register and update his sex offender registration, having been conviction of Rape of a Child in the First Degree in 2000.

DETENTION ORDER                                                                                                  PAGE 1

01     (2) Defendant does not contest detention. He was not interviewed by Pretrial Services 02 and most of his background information is not known or verified. He has a lengthy criminal 03 record which includes failures to appear and bench warrant activity. He has made statements to 04 law enforcement indicating that he had been traveling to avoid arrest.

05     (3) Defendant poses a risk of nonappearance due to lack of verified background 06 information, warrant activity, an alleged intention to evade arrest, pending matters in other 07 jurisdictions, and a history of failing to appear. He poses a risk of danger due to the nature of the 08 offense and criminal history.

09     (4) There does not appear to be any condition or combination of conditions that will 10 reasonably assure the defendant's appearance at future Court hearings while addressing the 11 danger to other persons or the community.

12 It is therefore ORDERED:

13     (1) Defendant shall be detained pending trial and committed to the custody of the
14         Attorney General for confinement in a correction facility separate, to the extent
15         practicable, from persons awaiting or serving sentences or being held in custody
16         pending appeal;

17     (2) Defendant shall be afforded reasonable opportunity for private consultation with
18         counsel;

19     (3) On order of a court of the United States or on request of an attorney for the
20         Government, the person in charge of the corrections facility in which defendant
21         is confined shall deliver the defendant to a United States Marshal for the purpose
22         of an appearance in connection with a court proceeding; and

01     (4)    The clerk shall direct copies of this Order to counsel for the United States, to

02     counsel for the defendant, to the United States Marshal, and to the United States

03     Pretrial Services Officer.

04 DATED this 11th day of May, 2010.

05

06     /s/ Mary Alice Theiler

    Mary Alice Theiler

    United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                       PAGE 3